UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN KELLY and | : | Civil Action No. |
| JAMES KELLY | : | 3:02 CV 01120 (PCD) |
| Plaintiffs, | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant, | : | OCTOBER 10, 2003 |

## MOTION FOR EXTENSION OF DEADLINES
## IN WHICH TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS

Counsel for the defendant respectfully requests an extension of time to and including Friday, November 21, 2003, in which to complete discovery, and to and including Wednesday, December 10, 2003, in which to file dispositive motions.

Counsel for plaintiff was unavailable when I called to determine her position. I was advised by her secretary that plaintiff's counsel will not return until the middle of next week and that upon return she will immediately start a trial.

Also, I was also told by Corporation Counsel Thomas W. Ude, Jr. that plaintiff's counsel spoke to him about a week ago and advised that she too was going to seek extensions of time, although neither Mr. Ude nor I have received such a motion.

The Court will recall that the undersigned entered into this case after other counsel withdrew and I appeared to seek to set aside a default. Respective counsel then met with PJO Schancupp. That was the last communication with the Court.

### Reasons for granting the requested relief.

The extensions will add three and a half weeks to the current schedule. The current deadline to complete discovery is October 14, 2003, with November 14, 2003,

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

the deadline for dispositive motions.

Last week I completed a several week trial. I will devote the remainder of October and November to a large number of depositions, posttrial motions, appeal briefs, discovery, and other matters. I could complete the depositions in this case within the next few weeks. But, plaintiff's counsel is a solo practitioner and I assume her schedule, in addition to the trial she starts next week, is also substantial.

Also, I will submit brief interrogatories and requests for production to be sure I am aware of all potential witnesses, and to have plaintiff identify all records upon which he intends to rely in support his claims.

I previously disclosed <u>in excess of 8,000 thousand pages of documents</u> sought by plaintiff's counsel, and it was not realistic to seek to have her identify those on which she intended to rely until after she and her client completed their review.

---

**(1)** Posttrial motion in <u>Broadnax</u> v. <u>City of New Haven</u>, U. S. D. C. Nos. 3:98CV807 (WWE) and #:02CV123 (WWE) (consolidated), involving a $1.5 million verdict. **(2)** Supplemental Appeal Brief in <u>Broadnax</u> v. <u>City of New Haven</u>, Connecticut Supreme Court, Docket No. 16786A. **(3)** Appeal Briefs in <u>New Haven Firefighters, Local 825, IAFF</u>, vs. <u>City of New Haven</u>, Appellate Court, Docket No. A.C. 24571, <u>Hamilton</u> v. <u>City of New Haven, et al.</u>, U. S. Court of Appeals, Docket No. 03-6104; <u>Long, et al.</u> v. <u>Dudley, et al.</u>, U. S. Court of Appeals, Docket Number not yet assigned; <u>Pappas</u> v. <u>City of New Haven, et al.</u>, U. S. Court of Appeals, Docket No. not yet assigned. **(4)** Opposition to Motion for Temporary Injunction in <u>Fair Haven Development Corporation, Inc.</u> v. <u>John DeStefano, et al.</u>, U. S. D. C. No. 3:02CV2130 (AWT). **(5)** Summary Judgment Motion in <u>Conyers</u> v. <u>Hassett, et al.</u>, U. S. D. C. No. 3:02CV263 (AWT). **(6)** Depositions in <u>Rafferty</u> v. <u>New Haven Board of Education</u>, U. S. D. C. No. 3:01CV1739 (WWE); <u>Reed</u> v. <u>City of New Haven, et al.</u>, U. S. D. C., Prisoner No. 3:02CV469 (SRU) ; <u>Andrus, et al.</u> v. <u>Grasso, et al.</u>, Superior Court, Docket No. CV-96-0392407S (involving a double shooting).

Also, there are claims of emotional distress and I will need relevant medical records and reports of any claimed experts. We have not yet been properly notified of any experts as required by the Rules of Civil Procedure, but there is reason to believe plaintiff may seek to offer some.

Respectfully submitted,

*Martin S. Echter*

Martin S. Echter
Deputy Corporation Counsel
165 Church Street
New Haven, CT 06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Federal Bar No. ct 07596
**Pager: 1-860-590-4432**

## Certificate of Service

This is to certify that a copy of the foregoing was MAILED, POSTAGE PREPAID, to

Attorney Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

this 10th of October, 2003

*Martin S. Echter*

Martin S. Echter

-3-