UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN KELLY and
JAMES KELLY
    Plaintiffs,
V.

MELVIN WEARING
    Defendant,

Civil Action No.
3:02 CV 01120 (PCD)

OCTOBER 10, 2003

## MOTION FOR EXTENSION OF DEADLINES IN WHICH TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS

Counsel for the defendant respectfully requests an extension of time to and [inclu]ding Friday, November 21, 2003, in which to complete discovery, and to and [inclu]ding Wednesday, December 10, 2003, in which to file dispositive motions.

Counsel for plaintiff was unavailable when I called to determine her position. I [was] advised by her secretary that plaintiff's counsel will not return until the middle of [nex]t week and that upon return she will immediately start a trial.

Also, I was also told by Corporation Counsel Thomas W. Ude, Jr. that plaintiff's [cou]nsel spoke to him about a week ago and advised that she too was going to seek extensions of time, although neither Mr. Ude nor I have received such a motion.

The Court will recall that the undersigned entered into this case after other counsel withdrew and I appeared to seek to set aside a default. Respective counsel then met with PJO Schancupp. That was the last communication with the Court.

### Reasons for granting the requested relief.

The extensions will add three and a half weeks to the current schedule. The current deadline to complete discovery is October 14, 2003, with November 14, 2003,

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

*[Handwritten margin note: October 17, 2003. Granted. Discovery shall be completed by November 21, 2003 and any dispositive motions shall be filed, compliant with the Supplemental Order, on or before December 10, 2003.]*