UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 10  P 4: 57

| | |
|---|---|
| JOHN KELLY and<br>JAMES KELLY<br>    Plaintiffs,<br>V.<br><br>MELVIN WEARING<br>    Defendant, | : Civil Action No.<br>: 3:02 CV 01120 (RCD)<br>:<br>:<br>:<br>:<br>: NOVEMBER 10, 2003 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME OF TWO DAYS TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

Counsel for the defendant respectfully moves for an extension of time of two days, to and including <u>Friday, November 14, 2003</u>, in which to respond to plaintiff's Interrogatories and Requests for Production. **1**

Counsel for plaintiff objects.  There have been no prior requests for such relief.

**Reasons for granting the requested relief.**

1. I recently completed a complex two week trial, followed by preparation and filing of a posttrial motion in the same case which resulted in a very substantial verdict against the City, and then last week handled a trial and completed a Brief for the Connecticut Supreme Court. **2**

---

**1**    The Interrogatories and Requests for Production were served by mail, postage prepaid, October 10, 2003, with responses currently due November 12, 2003 (including the additional three days allowed due to service by mail). Federal Rule of Civil Procedure 6(e) and Rule 5(b)(2)(B).

**2**    Respectively, <u>Broadnax</u> v. <u>City of New Haven</u>, U.S.D.C. No. 3:98 CV 807 (WWE) and 3:02 CV 123 (WWE) (consolidated); <u>Fair</u> v. <u>City of New Haven</u>, Superior Court, No. CV-01-0456754; <u>Broadnax</u> v. <u>City of New Haven</u>, Supreme Court, No. SC 16786.

**ORAL ARGUMENT IS NOT REQUESTED / TESTIMONY IS NOT REQUIRED**

[handwritten margin note: November 17, 2003. Granted, nunc pro tunc.]