## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN KELLY, ET AL. | : | |
| | : | |
| vs. | : | CIVIL NO. 3:02CV1120 (PCD) |
| | : | |
| MELVIN WEARING | : | |
| | : | |

## AMENDMENT TO TRIAL PREPARATION ORDER

A Trial Preparation Order issued in this case February 21, 2003. Notice of compliance with Section A was filed on March 13, 2003, and notice of compliance with Section B was filed on March 31, 2003. To date, Section C compliance has not been satisfied. Therefore, it is ordered that Section C compliance is due on or before January 23, 2004, at which time this case shall be deemed ready for trial.

SO ORDERED. Dated at New Haven, Connecticut, this 12th day of January, 2004.

/s/
Peter C. Dorsey, Senior Judge
United States District Court