## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY, ET AL. | : |
| | : |
| VS. | :     CASE NO. 3:02CV1120 (PCD) |
| | : |
| MELVIN WEARING | : |

## **ENDORSEMENT ORDER**

The Motion to Compel and for Sanctions, document no. 39, is DENIED without prejudice to renewal for failure to comply with the service and filing requirements of this Court's Supplemental Order.

SO ORDERED. Dated at New Haven, Connecticut, this 28th day of January, 2004.

                         /s/
                         Peter C. Dorsey, U.S. District Judge
                         United States District Court