UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN KELLY, ET AL

    -vs-　　　　　　　　　　　　　　　　　　　　　Civil No. 3:02 cv 1120 (PCD)

MELVIN WEARING

## ENDORSEMENT ORDER

Plaintiffs' motion for extension of time to prepare compliance with Trial Preparation Order (Doc. #38) is hereby GRANTED-IN-PART.

The motion mistakes the appropriate method of obtaining disclosure, i.e. Rule 37 which was offered but without compliance with the Court's Supplemental Order, resulting in its denial on 1/28/04.  To expedite the matter, plaintiffs' may reserve the motion to compel and defendant's will have but 5 days to respond.  When the motion is ruled on it will set a time for compliance and add one week for plaintiffs' Part C TPO compliance.

SO ORDERED.

Dated at New Haven, Connecticut, February 3, 2004.

                                         /s/_____
                                            Peter C. Dorsey, Senior
                                            United States District Judge