```
                                            FILED
                                        FEB 20  2 14 PM '04
                                         U.S. DISTRICT COURT
                                          NEW HAVEN, CONN.
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND<br>JAMES KELLY | CIVIL NO. 3:02CV1120 (PCD) |
| Plaintiffs, | : |
| V. | : |
| MELVIN WEARING, | : |
| Defendant | : February 18, 2004 |

### CERTIFICATION OF SERVICE OF MOTION TO COMPEL AND FOR AWARD OF COSTS

Pursuant to this Court's Supplemental Order and Endorsement Order dated February 3, 2004, the undersigned counsel hereby gives notice and certifies that she has on this date served upon counsel for the defendant herein a Motion to Compel and for Award of Costs with respect to defendant's failure to comply with outstanding discovery requests.

THE PLAINTIFFS

BY: _____
KAREN LEE TORRE
ct#01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

1

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 18th day of February 2004, to:

Thomas Ude, Jr., Esq.
Martin Echter, Esq.
Deputy Corporation Counsel
Office of the Corporation Counsel
165 Church Street
New Haven, Connecticut 06510

KAREN LEE TORRE

2