UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| John KELLY and James KELLY, | : |
|     Plaintiffs, | : |
| | : |
| -vs- | : Civil No. 3:02cv1120 (PCD) |
| | : |
| Melvin WEARING, | : |
|     Defendant. | : |

### RULING ON PLAINTIFFS' MOTION TO COMPEL AND FOR COSTS

Plaintiffs move to compel and for costs. For the reasons stated herein, Plaintiffs' motion is to compel is **granted**, and Plaintiffs' motion for costs is **granted in part**.

**I.     Background**

Familiarity with the history of this case is presumed.

**II.    Plaintiffs' Motion to Compel**

Plaintiffs move to compel Defendant to comply with outstanding discovery requests. Defendant responds that he has already delivered 3,682 pages of documents to Plaintiffs, and that he will complete remaining discovery "no later than Friday of this week and hopefully sooner."

Accordingly, Plaintiffs' motion to compel Defendant to comply fully with all outstanding discovery requests and to deliver all related documents to Plaintiffs' counsel's office is **granted**. Defendant shall comply on or before 5:00 p.m. on Friday, February 27, 2004.

**III.   Plaintiffs' Motion for Costs**

Plaintiffs seek an award of attorneys' fees for the work associated with bringing this motion. Upon review of the record, Plaintiffs are awarded attorneys' fees in the amount of $300.

**IV.    Conclusion**

For the reasons discussed herein, Plaintiffs' motion to compel [Doc. No. 44] is **granted**. Plaintiffs' motion for costs [Doc. No. 44] is **granted** in part.

SO ORDERED.

Dated at New Haven, Connecticut, February  27 , 2004.

                                                           /s/
                                       Peter C. Dorsey
                              United States District Judge