UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN KELLY, ET AL. | : | |
| | : | |
| VS. | : | CASE NO. 3:02CV1120 (PCD) |
| | : | |
| MELVIN WEARING | : | |

**ENDORSEMENT ORDER**

The Motion to Extend Deadline Regarding Production One Business Day to Monday, March 1, 2004, document no. 47, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 2nd day of March, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court