UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Mar 29   9 42 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| John KELLY and James KELLY,<br>　　　　Plaintiffs, | :<br>:<br>: |
| -vs- | : Civil No. 3:02cv1120 (PCD) |
| | : |
| Melvin WEARING,<br>　　　　Defendant. | :<br>: |

### RULING ON PENDING MOTION

Plaintiffs move for an order of contempt of Court, or, in the alternative, for default judgment and other sanctions. Plaintiffs' motion [Doc. No. 49] is construed as a motion for entry of default and is **granted**.

Familiarity with the background of this case, and its various delinquencies, is presumed. Plaintiffs move for entry of default because Defendant has failed to comply with the Court's discovery order [Doc. No. 46]. Defendant has not filed a response. Accordingly, Plaintiff's motion for entry of default [Doc. No. 49] is **granted** absent opposition.

Plaintiffs shall, on or before April 26, 2004, move for judgment on the default pursuant to Fed. R. Civ. P. 55(b). Should Plaintiffs not make such motion, their claims will be dismissed for failure to prosecute. FED. R. CIV. P. 41; D. CONN. L. CIV. R. 41(a).

SO ORDERED.

Dated at New Haven, Connecticut, March 26, 2004.

_____
Peter C. Dorsey
United States District Judge