FILED
APR 5  7:33 AM '04
U.S. DISTRICT COURT
NEW HAVEN CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND <br> JAMES KELLY | CIVIL NO. 3:02CV1120 (PCD) |
| Plaintiffs, | : |
| V. | : |
| MELVIN WEARING, | : |
| Defendant | : April 1, 2004 |

## MOTION FOR JUDGMENT BY DEFAULT AND FOR TRIAL ON THE ISSUE OF DAMAGES

Pursuant to Rule 55 (b) of the Federal Rules of Civil Procedure, the plaintiffs hereby move this Court for the entry of judgment in favor of the plaintiffs and against the defendant.

On March 26, 2004 this Court granted plaintiffs' motion for entry of default and further ordered the plaintiffs to move for judgment on the default on or before April 26, 2004 or face dismissal of the action for failure to prosecute. Accordingly, the plaintiffs, through the undersigned counsel, move for the entry of such judgment and further move this Court to schedule this matter for a trial by jury on the issue of damages. The undersigned counsel submits that it necessary to offer evidence to jurors not only on the issue of compensatory damages but on the issue of the necessity and propriety of punitive damages.

*WHEREFORE*, the undersigned counsel respectfully requests that this motion be granted.

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

BY: _____
KAREN LEE TORRE
#01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 1st day of April, 2004, Martin Echter, Esq., Deputy Corporation Counsel, Office of the Corporation Counsel, 165 Church Street, New Haven, Connecticut 06510.

_____
Karen Lee Torre