UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Apr 28   12 02 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| John KELLY and James KELLY,<br>Plaintiffs, | : <br> : <br> : |
| -vs- | : Civil No. 3:02cv1120 (PCD) |
| Melvin WEARING,<br>Defendant. | : <br> : <br> : |

### RULING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Plaintiffs move for default judgement and for a trial on the issue of damages. Familiarity with the background of this case, and its various delinquencies, is presumed. Plaintiffs' motion [Doc. No. 51] is **granted** absent opposition. This case will be scheduled on the Court's next jury selection calendar.

SO ORDERED.

Dated at New Haven, Connecticut, April 27, 2004.

_____
Peter C. Dorsey
United States District Judge