FILED
Aug 30  I 40 PM '04
U.S. ...
NEW ...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND<br>JAMES KELLY | CIVIL NO. 3:02CV1120 (PCD) |
| Plaintiffs, | |
| V. | |
| MELVIN WEARING, | August 27, 2004 |
| Defendant | |

## PLAINTIFFS' PROPOSED VERDICT FORM

I. **AS TO JOHN P. KELLY**

    A.    What amount and compensatory damages to you award the plaintiff John P. Kelly?

        $_____

    B.    Do you find that, in unlawfully denying John P. Kelly a promotion to the rank of Police Lieutenant, that the defendant Melvin Wearing acted willfully or acted in reckless disregard for John P. Kelly's constitutional rights?

        Yes _____        No _____

        If you answered "Yes" to the foregoing question, what amount of punitive damages do you award?

        $_____

II. **AS TO JAMES KELLY**

    A.    What amount and compensatory damages to you award the plaintiff James Kelly?

         $_____

    B.    Do you find that, in unlawfully denying James Kelly a promotion to the rank of Police Lieutenant, that the defendant Melvin Wearing acted willfully or acted in reckless disregard for James Kelly's constitutional rights?

        Yes _____      No_____

        If you answered "Yes" to the foregoing question, what amount of punitive damages do you award?

         $_____

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

BY: _____
KAREN LEE TORRE
ct#01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 27th day of August, 2004, Martin S. Echter, Esq., Deputy Corporation Counsel, Office of the Corporation Counsel, 165 Church Street, New Haven, Connecticut 06510.

_____
Karen Lee Torre