UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND<br>JAMES KELLY | CIVIL NO. 3:02CV1120 (PCD) |
| Plaintiffs, | |
| V. | |
| MELVIN WEARING, | August 27, 2004 |
| Defendant | |

## PLAINTIFFS' PROPOSED VOIR DIRE

The plaintiffs request that the following questions be propounded to prospective jurors in this case.

Does anyone here:

1. Have any relatives or friends who are employed by the City of New Haven?

2. Do business, or work for a company or firm which does business with the City of New Haven?

3. Hold elective or other public office or have a family member or close friend who does?

4. Hold any position with or is active on behalf of any political party, including the republican or democratic party or other political group. Any relatives or close friends who hold such position(s) or engage in such activity?

5. Involved in anyway in employee relations, human resources management or personnel administration?

6. Involved in the evaluation or assessment of insurance and/or claims brought in Court?

7. Involved in any law enforcement group, political advocacy or legal reform group?

8. Have any strong opinions one way or the other about litigation, jury verdict or the court system in general?

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

BY: _____
KAREN LEE TORRE
ct#01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 27th day of August, 2004, Martin S. Echter, Esq., Deputy Corporation Counsel, Office of the Corporation Counsel, 165 Church Street, New Haven, Connecticut 06510.

_____
Karen Lee Torre