**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JOHN KELLY and** | : Civil Action No. |
| **JAMES KELLY** | : 3:02 CV 01120 (PCD) |
| Plaintiffs, | : |
| V. | : |
| | : |
| **MELVIN WEARING** | : |
| Defendant, | : SEPTEMBER 1, 2004 |

**DEFENDANT'S**
**MOTION TO POSTPONE START OF TESTIMONY,**
**BUT NOT JURY SELECTION**

Undersigned counsel for the defendant respectfully requests that testimony and presentation of evidence in this case not begin until later this month. We will appear for jury selection tomorrow.

1. **Minimal scheduling conflicts.** For many months the undersigned has been scheduled to start a State Court jury trial next week, although it probably won't start until the middle of the week. Although that State trial will require no more than one day of testimony, I cannot predict how long jury selection and deliberations will take. I also intend to observe the Jewish Holiday of Rosh Hashanah on Thursday, September 16, 2004. I am otherwise available during September.

2. **Motion to Set Aside.** I hope before the end of today to file a Motion to Set Aside Default and Default Judgment, even at the risk of offending the Court. As indicated in that motion, we can still try this case in September even if Your Honor were to grant that motion because so little more would need to be done.

3. **In limine rulings.** I am filing several in limine motions, although I do not

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

believe much time will be required for the Court to decide them since the issues posed are either routine or will likely require only a review of the motions and some of the pleadings in this lawsuit.

Respectfully submitted,

Martin S. Echter
Deputy Corporation Counsel
165 Church Street
New Haven, CT 06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Federal Bar No. ct 07596
**Pager: 1-860-590-4432**

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and HAND-DELIVERED to Attorney Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, CT 06510, this (5th) day of September, 2004.

Martin S. Echter

-2-