UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY and<br>JAMES KELLY<br>    Plaintiffs,<br>V.<br><br>MELVIN WEARING<br>    Defendant, | :   Civil Action No.-<br>:   3:02 CV 01120 (PCD)<br>:<br>:<br>:<br>:<br>:   SEPTEMBER 1, 2004 |

DEFENDANT'S
PROPOSED OPENING STATEMENT TO THE JURY

**The instant lawsuit.** This lawsuit alleges that the defendant Melvin Wearing, Chief of Police of the City of New Haven at the time of the events at issue, refused to recommend the two plaintiff New Haven Police Sergeants, John Kelly and James Kelly, for promotion to Lieutenant from New Haven Civil Service Eligibility List No. 00-16 in June 2002, and that Chief Wearing did so in retaliation for the plaintiffs having previously

(A) filed a State Court lawsuit claiming that the City of New Haven, the members of the Board of Police Commissioners, Chief Wearing and the Director of Personnel had violated the City Charter and City Civil Service Rules and Regulations by considering more than three individuals on the eligibility list per each vacant position and by "rounding" the scores on that civil service examination, and

(B) having obtained in that State lawsuit on June 11, 2002 a temporary injunction preventing the defendants in that State Court case from temporarily promoting to the rank of Lieutenant any more eligible persons "unless, utilizing the Rule of Three, they select from the top three scoring individuals," effectively scoring without "rounding" and and requiring that if promotions were to be made only three

applicants could be considered per vacant position.

This lawsuit thus alleges that the Chief, by failing to recommend the two Kelly's for promotion in June 11, 2002 after they obtained the temporary injunction, violated the constitutional rights to freedom of speech and petition for redress of grievances embodied in the First Amendment to the Constitution of the United States and Title 42, United States Code, Section 1983, and Article First, Section 8 of the Constitution of the State of Connecticut.

**The related State lawsuit.** The earlier State lawsuit was filed on or about October 27, 2000, and alleged that by "rounding" the scores on that civil service examination and sometimes considering more than three persons eligible per vacant position the City of New Haven, the members of the Board of Police Commissioners, Chief Wearing and the Director of Personnel had violated the City Charter and City Civil Service Rules and Regulations. That lawsuit claimed that the violation occurred because Chief Wearing and the other defendants were thus able to misuse the so-called civil service "Rule of Three."

The Chief made recommendations of those who were to be promoted by the Board of Police Commissioners from the civil service eligibility list.

Some of the persons promoted from the applicable civil service eligibility list had scored higher than one or both of the Kelly's, and some had scored lower, but the "Rule of Three" <u>even when properly applied</u> allows persons who scored higher on the eligibility list to be skipped over in certain circumstances.

**The grant of the temporary injunction.** As a result of the motion for

-2-

temporary injunction and a hearing in that State lawsuit the Hon. Lynda B. Munro on June 11, 2002 issued a Memorandum of Decision temporarily enjoining the defendants in the State Court case from promoting to the rank of Lieutenant any more eligible persons "unless, utilizing the Rule of Three, they select from the top three scoring individuals," which meant they must effectively score the examination without "rounding" <u>and</u> requiring that <u>if</u> promotions were to be made only three applicants could be considered per vacant position.

Judge Munro's ruling did <u>not</u> specify who should be promoted to Lieutenant from the list.

Accordingly, the Chief then recommended only one person, <u>i.e.</u>, one of the same persons he had previously recommended, and that person's promotion was approved by the Board of Police Commissioners.

**Retaliation claim in this lawsuit.** Again, the claim in this lawsuit is that the Chief's failure to recommend either of the Kelly's after that June 11, 2002 temporary injunction was motivated by a desire to retaliate against each of them for having filed the State Court lawsuit and for seeking and obtaining the temporary injunction.

Respectfully submitted,

*/s/ Martin S. Echter*
Martin S. Echter
Deputy Corporation Counsel
165 Church Street
New Haven, CT 06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Federal Bar No. ct 07596
**Pager: 1-860-590-4432**

-3-

<u>Certificate of Service</u>

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and HAND-DELIVERED to Attorney Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, CT 06510, this 1st day of September, 2004.

_____
Martin S. Echter