UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN KELLY and | : | Civil Action No. |
| JAMES KELLY | : | 3:02 CV 01120 (PCD) |
| Plaintiffs, | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant, | : | SEPTEMBER 1, 2004 |

## DEFENDANT'S OBJECTION TO
## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

The defendant, by counsel, respectfully objects to portions of two of plaintiff's proposed jury voir dire questions.

**Plaintiffs' Proposed Jury Interrogatory No. 4 states:** "Does anyone here:

4. Hold any position with or is active on behalf of any political party, including the republican or democratic party or other political group. Any relatives or close friends who hold such position(s) or engage in such activity?"

Since none of the parties in this lawsuit is a partisan political entity, nor is the defendant being sued as a member or official of such partisan political entity, we believe a juror's membership in a partisan political entity is irrelevant to a determination of this case and is therefore subject to the privacy rights of such prospective juror. This is so whether the prospective juror is a member of the Republican Party, Democratic Party, Green Party, Reform Party, Communist Party or other partisan political entity.

**Plaintiffs' Proposed Jury Interrogatory No. 6 states:** "Does anyone here:

6. Involved in the evaluation or assessment of insurance and/or claims brought in Court?"

We do not object to a general inquiry to all prospective jurors to state the nature of their current and former employment, as well as that of their respective spouses or significant others.

However, specifically asking a question about evaluation of insurance, at least until the particular prospective juror indicates the he or she does such employment, indirectly suggests to the voir dire panel that the defendant may be indemnified in this instance.

That is an improper matter for the jury to consider. (See also our accompanying Motion In Re: Evidence of Possible Indemnification.)

Respectfully submitted,

*Martin S. Echter*

Martin S. Echter
Deputy Corporation Counsel
165 Church Street
New Haven, CT 06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Federal Bar No. ct 07596
**Pager: 1-860-590-4432**

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and HAND-DELIVERED to Attorney Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, CT 06510, this /s/ day of September, 2004.

*Martin S. Echter*
Martin S. Echter

-2-