UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN KELLY and | : | Civil Action No. |
| JAMES KELLY | : | 3:02 CV 01120 (PCD) |
|     Plaintiffs, | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant, | : | SEPTEMBER 16, 2004 |

**SUPPLEMENT TO**
**DEFENDANT'S**
**MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT**

    Counsel for the defendant respectfully supplements our pending Motion to Set Aside Default and Default Judgment entered in this case.

I specifically further address one matter.

**Lack of prejudice to the plaintiffs.**

    **1.** Plaintiff's own five page proposed Damage Analysis was communicated to the defense just the day before yesterday, September 14, 2004.

    **2.** Regarding discovery compliance I stated in the pending motion only that "most of the undersigned outstanding compliance was done long ago." More precisely:

        **(A)** In late January and February of this year I responded to plaintiffs' production request with approximately 3,682 pages of records, relating not only to the complained of Lieutenant promotion process but also to requests for personnel files and internal affairs investigations of all persons promoted to Lieutenant from the eligibility list which is at issue, another person on that list but not promoted, and the plaintiffs.

        **(B)** If there are any other relevant documents which were not included they were provided to plaintiffs counsel prior to the nearly four thousand pages referenced

above, <u>either</u> **(i)** in the course of filings in the two State Commission & Human Rights and Opportunities in response to Complaints about the same matter filed on behalf of John Kelly and James Kelly and in which the Kelly's were also represented by Attorney Karen Lee Torre who represents them in this case, in each instance including a detailed Affidavit of Melvin Wearing, <u>and/or</u> **(ii)** in the course of the State Court litigation which is referenced in this lawsuit as the reason for Chief Wearing's alleged retaliation, <u>Kelly, et al.</u> v. <u>City of New Haven, et al.</u>, Superior Court, Judicial District of New Haven, At New Haven, Docket No. CV00-0444614, and in which the Kelly's were also represented by Attorney Karen Lee Torre who represents them in this case.

**(C)** Also, in a substantive memorandum filed March 14, 2003 I even provided a detailed response to plaintiff's claims in the State Court lawsuit of discrimination and favoritism.

    Respectfully submitted,

/s/_____
Martin S. Echter
Deputy Corporation Counsel
165 Church Street
New Haven, CT 06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Federal Bar No. ct 07596
**Pager: 1-860-590-4432**

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to Attorney Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, CT  06510, this       day of September, 2004.

/s/_____
   Martin S. Echter

-2-