### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN KELLY and | : | Civil Action No. |
| JAMES KELLY | : | 3:02 CV 01120 (PCD) |
|     Plaintiffs, | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant, | : | SEPTEMBER 16, 2004 |

### NOTICE OF
### CORRECTED CERTIFICATES OF SERVICE TO
### (1) DEFENDANT'S PROPOSED JURY CHARGES
### IF THE COURT GRANTS OUR
### MOTION TO SET ASIDE THE DEFAULT JUDGMENT
### AND TO
### DEFENDANT'S PROPOSED JURY CHARGES IF ONLY ISSUE IS DAMAGES

The Certificate of Service to "Defendant's Proposed Jury Charges If The Court Granrts Our Motion To Set Aside The Default Judgment" and our Certificate of Service To "Defendant's Proposed Jury Charges If Only Issue Is Damages," Both of which documents were filed yesterday, indicated that service on opposing counsel was by Facsimile and Mail, Postage Prepaid.

This is to advise that

(1) the facsimile transmission of both documents was unsuccessful, at least in part (see attached transmission cover pages), but

(2) I did mail the documents, postage prepaid, in the City Hall U. S. Postal drop box after filing in court, although I do not know if the items were retrieved from that drop box in time for delivery to opposing counsel today, and

(3) I have also faxed copies of the documents to opposing counsel together with a copy of this Notice of Corrected Certificates of Service.

Respectfully submitted,

/s/_____
Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7964
Fax: (203) 946-7942
Pager: 1-860-590-4432
Fed. Bar No. ct 07596

Certificate of Service

    I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to Attorney Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, CT 06510, this ____ day of September, 2004.

/s/_____
    Martin S. Echter