UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY and<br>JAMES KELLY<br>    Plaintiffs,<br>V.<br><br>MELVIN WEARING<br>    Defendant, | : Civil Action No.<br>: 3:02 CV 01120 (PCD)<br>:<br>:<br>:<br>:<br>:<br>: SEPTEMBER 20, 2004 |

<u>SUPPLEMENT TO
DEFENDANT'S MOTION IN LIMINE TO PRECLUDE THE FOLLOWING PROPOSED PLAINTIFF'S EXHIBITS AND RELATED TESTIMONY, AND TO DEFENDANT'S MOTION TO LIMIT REFERENCES TO CERTAIN PORTIONS OF RELATED STATE COURT TRIAL</u>

Counsel for Plaintiff and Defendant met this weekend to exchange proposed exhibits and discussed other matters.

1.     **Plaintiff's Proposed Exhibit 9**, "Economic loss analysis chart preprared by Stephen Shapiro, Ph.D. setting forth economic losses suffered by the plaintiffs."

I had indicated to the Court that that document and its substance was provided to the defense only Tuesday of this week, September 14, 2004.  Plaintiff's attorney tells me she actually provided the information <u>orally</u> to Attorney Tom Ude, Jr., the Corporation Counsel, on September 10, 2004, in connection with a settlement proposal and had faxed on September 12, 2004, a copy of the material for which I had a faxed copy dated September 14, 2004.

Even assuming the accuracy of the dates Attorney Torre states: (A) information provided September 10, 2004, was done orally and was not complete, (B) even the typed document provided September 12 (and 14), 2004 was not final, (C) it was not the morning of September 16, 2004 that we were faxed a more detailed analysis (copy appended)  and (D) the Report of Parties' Planning Meeting, approved February 4,

2003, indicates that plaintiffs will not call any experts, and that any damages analysis will be provided by the plaintiff by February 1, 2003. Even though plaintiff identified her expert in her Part A of the Final Trial Order, not having such an analysis until the eve of trial is highly prejudicial.

Respectfully submitted,

Martin S. Echter
Deputy Corporation Counsel
165 Church Street
New Haven, CT 06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Federal Bar No. ct 07596
**Pager: 1-860-590-4432**

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to Attorney Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, CT 06510, this 20th day of September, 2004.

Martin S. Echter

-2-

# LAW OFFICES OF KAREN LEE TORRE
51 ELM STREET, SUITE 307
NEW HAVEN, CT 06510

Phone # (203) 865-5541                                    FAX # (203) 865-4844

## FACSIMILE COVER SHEET

Date:     September 15, 2004

To:       Thomas Ude, Esq.

Re:       Kelly v Wearing

Fax #:    946-7942

From:     Karen Lee Torre

Total number of pages excluding this cover page:     10

Dear Tom: What follows are expanded schedules by Dr. Shapiro including, as I told you, figures based on retirement at age 62 as opposed to age 65. This version is what I intend to use in the damages hearing. Call me this afternoon if you like.   Karen

## NOTICE

This transmission is intended solely for the above addressee. It contains PRIVILEGED and CONFIDENTIAL information which may not be disseminated in any manner. If you have received this transmission in error, please contact me at the above number and we will make arrangements for the documents to be returned to us at no cost to you.

Thank you.

*Lisa*

Part I = cover + 10

Part II = cover + 12

Part III = cover + 9

*Mary Ann*

Referee, Journal of Legal Economics, Litigation Economics Digest and Journal of Forensic Economics.

Member, Advisory Committee, South Central Regional Council of Governments Port of Connecticut: New Haven Regional Study, 1993-94.

# VALUE (AS OF 09-21-04) OF THE LOST COMPENSATION OF JAMES KELLY AS A RESULT OF NOT BEING PROMOTED TO LIEUTENANT

### DATE OF BIRTH: 08-02-1955
### DATE OF HIRE: 11-28-1974

## Value (as of 09-21-2004) of James Kelly's Lost Compensation
Page 2 of 5

### Damages Resulting from Not Being Promoted to Lieutenant, Does Not Include Overtime

#### Retirement in Four Years

Backpay:
| | |
|---|---:|
| Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 |
| **Total** | **13,701** |

Frontpay:
| | |
|---|---:|
| Present value of lost wages | 24,755 |
| Present value of accrued lost pension benefit | 16,349 |
| **Total** | **41,124** |
| **Total Lost Compensation** | **54,825** |

#### Retirement in Seven Years

Backpay:
| | |
|---|---:|
| Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 |
| **Total** | **13,701** |

Frontpay:
| | |
|---|---:|
| Present value of lost wages | 42,832 |
| Present value of accrued lost pension benefit | 27,511 |
| **Total** | **70,343** |
| **Total Lost Compensation** | **80,044** |

#### Retirement in Ten Years

Backpay:
| | |
|---|---:|
| Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 |
| **Total** | **13,701** |

Frontpay:
| | |
|---|---:|
| Present value of lost wages | 60,458 |
| Present value of accrued lost pension benefit | 20,024 |
| **Total** | **80,482** |
| **Total Lost Compensation** | **94,183** |

#### Retirement at Age 62

Backpay:
| | |
|---|---:|
| Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 |
| **Total** | **13,701** |

Frontpay:
| | |
|---|---:|
| Present value of lost wages | 76,993 |
| Present value of accrued lost pension benefit | 30,352 |
| **Total** | **107,345** |
| **Total Lost Compensation** | **121,046** |

#### Retirement at Age 65

Backpay:
| | |
|---|---:|
| Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 |
| **Total** | **13,701** |

Frontpay:
| | |
|---|---:|
| Present value of lost wages | 93,801 |
| Present value of accrued lost pension benefit | 39,684 |
| **Total** | **133,485** |
| **Total Lost Compensation** | **147,186** |

Value (as of 09-21-2004) of James Kelly's Lost Compensation
Page 3 of 5

## Damages Resulting from Not Being Promoted to Lieutenant, Includes Overtime

### Retirement in Four Years

Backpay:
  Present value of lost wages         $ 19,890
  Present value of accrued
    lost pension benefit                60,262
  Total                                 80,152
Frontpay:
  Present value of lost wages          37,661
  Present value of accrued
    lost pension benefit                73,310
  Total                                110,971
Total Lost Compensation                191,123

### Retirement in Seven Years

Backpay:
  Present value of lost wages         $ 19,890
  Present value of accrued
    lost pension benefit                60,262
  Total                                 80,152
Frontpay:
  Present value of lost wages          65,110
  Present value of accrued
    lost pension benefit                56,631
  Total                                121,741
Total Lost Compensation                201,893

### Retirement in Ten Years

Backpay:
  Present value of lost wages         $ 19,890
  Present value of accrued
    lost pension benefit                60,262
  Total                                 80,152
Frontpay:
  Present value of lost wages          92,902
  Present value of accrued
    lost pension benefit                38,424
  Total                                130,326
Total Lost Compensation                210,478

### Retirement at Age 62

Backpay:
  Present value of lost wages         $ 19,890
  Present value of accrued
    lost pension benefit                60,262
  Total                                 80,152
Frontpay:
  Present value of lost wages         117,034
  Present value of accrued
    lost pension benefit                24,756
  Total                                141,790
Total Lost Compensation                221,942

### Retirement at Age 65

Backpay:
  Present value of lost wages         $ 19,890
  Present value of accrued
    lost pension benefit                60,262
  Total                                 80,152
Frontpay:
  Present value of lost wages         142,583
  Present value of accrued
    lost pension benefit                 7,992
  Total                                150,575
Total Lost Compensation                230,727

Value (as of 09-21-2004) of James Kelly's Lost Compensation
Page 4 of 5

## Damages Resulting from Not Being Promoted to Lieutenant. Assumes Promotion to Captain on 07-01-2009, Does Not Include Overtime

### Retirement in Seven Years

Backpay:
| | |
|---|---|
| Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 |
| Total | 13,701 |

Frontpay:
| | |
|---|---|
| Present value of lost wages | 55,501 |
| Present value of accrued lost pension benefit | 58,065 |
| Total | 113,566 |
| **Total Lost Compensation** | **127,267** |

### Retirement in Ten Years

Backpay:
| | |
|---|---|
| Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 |
| Total | 13,701 |

Frontpay:
| | |
|---|---|
| Present value of lost wages | 89,887 |
| Present value of accrued lost pension benefit | 54,641 |
| Total | 144,528 |
| **Total Lost Compensation** | **158,229** |

### Retirement at Age 62

Backpay:
| | |
|---|---|
| Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 |
| Total | 13,701 |

Frontpay:
| | |
|---|---|
| Present value of lost wages | 122,144 |
| Present value of accrued lost pension benefit | 75,015 |
| Total | 197,159 |
| **Total Lost Compensation** | **210,860** |

### Retirement at Age 65

Backpay:
| | |
|---|---|
| Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 |
| Total | 13,701 |

Frontpay:
| | |
|---|---|
| Present value of lost wages | 154,395 |
| Present value of accrued lost pension benefit | 75,251 |
| Total | 230,186 |
| **Total Lost Compensation** | **243,887** |

Value (as of 09-21-2004) of James Kelly's Lost Compensation
Page 5 of 5

### Damages Resulting from Not Being Promoted to Lieutenant, Assumes Promotion to Captain on 07-01-2009, Includes Overtime

#### Retirement in Seven Years

Backpay:
- Present value of lost wages — $ 19,890
- Present value of accrued lost pension benefit — 60,262
- Total — 80,152

Frontpay:
- Present value of lost wages — 84,365
- Present value of accrued lost pension benefit — 103,074
- Total — 187,439

**Total Lost Compensation — 267,591**

#### Retirement in Ten Years

Backpay:
- Present value of lost wages — $ 19,890
- Present value of accrued lost pension benefit — 60,262
- Total — 80,152

Frontpay:
- Present value of lost wages — 136,633
- Present value of accrued lost pension benefit — 132,265
- Total — 268,898

**Total Lost Compensation — 349,050**

#### Retirement at Age 62

Backpay:
- Present value of lost wages — $ 19,890
- Present value of accrued lost pension benefit — 60,262
- Total — 80,152

Frontpay:
- Present value of lost wages — 185,664
- Present value of accrued lost pension benefit — 105,600
- Total — 291,264

**Total Lost Compensation — 371,416**

#### Retirement at Age 65

Backpay:
- Present value of lost wages — $ 19,890
- Present value of accrued lost pension benefit — 60,262
- Total — 80,152

Frontpay:
- Present value of lost wages — 235,508
- Present value of accrued lost pension benefit — 72,896
- Total — 308,404

**Total Lost Compensation — 388,556**

# VALUE (AS OF 09-21-04) OF THE LOST COMPENSATION OF JOHN P. KELLY AS A RESULT OF NOT BEING PROMOTED TO LIEUTENANT

**DATE OF BIRTH: 12-12-1966**
**DATE OF HIRE: 07-31-1989**

**Value (as of 09-21-2004) of John P. Kelly's Lost Compensation**
Page 2 of 5

### Damages Resulting from Not Being Promoted to Lieutenant, Does Not Include Overtime

| Retirement in Four Years | | Retirement in Seven Years | |
|---|---:|---|---:|
| **Backpay:** | | **Backpay:** | |
| Present value of lost wages | $ 13,701 | Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 | Present value of accrued lost pension benefit | 0 |
| Total | 13,701 | Total | 13,701 |
| **Frontpay:** | | **Frontpay:** | |
| Present value of lost wages | 24,765 | Present value of lost wages | 42,822 |
| Present value of accrued lost pension benefit | 2,793 | Present value of accrued lost pension benefit | 47,058 |
| Total | 27,558 | Total | 89,880 |
| **Total Lost Compensation** | 41,259 | **Total Lost Compensation** | 103,581 |

| Retirement in Ten Years | | Retirement at Age 62 | |
|---|---:|---|---:|
| **Backpay:** | | **Backpay:** | |
| Present value of lost wages | $ 13,701 | Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 | Present value of accrued lost pension benefit | 0 |
| Total | 13,701 | Total | 13,701 |
| **Frontpay:** | | **Frontpay:** | |
| Present value of lost wages | 60,448 | Present value of lost wages | 138,589 |
| Present value of accrued lost pension benefit | 54,416 | Present value of accrued lost pension benefit | 25,832 |
| Total | 114,864 | Total | 164,421 |
| **Total Lost Compensation** | 128,565 | **Total Lost Compensation** | 178,122 |

| Retirement at Age 65 | |
|---|---:|
| **Backpay:** | |
| Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 |
| Total | 13,701 |
| **Frontpay:** | |
| Present value of lost wages | 153,923 |
| Present value of accrued lost pension benefit | 17,942 |
| Total | 171,865 |
| **Total Lost Compensation** | 185,566 |

Value (as of 09-21-2004) of John P. Kelly's Lost Compensation
Page 3 of 5

### Damages Resulting from Not Being Promoted to Lieutenant, Includes Overtime

| | Retirement in Four Years | | Retirement in Seven Years | |
|---|---|---|---|---|
| **Backpay:** | | | **Backpay:** | |
| Present value of lost wages | | $ 15,904 | Present value of lost wages | $ 15,904 |
| Present value of accrued lost pension benefit | | 7,995 | Present value of accrued lost pension benefit | 7,995 |
| Total | | 23,899 | Total | 23,899 |
| **Frontpay:** | | | **Frontpay:** | |
| Present value of lost wages | | 28,471 | Present value of lost wages | 49,230 |
| Present value of accrued lost pension benefit | | 8,514 | Present value of accrued lost pension benefit | 68,444 |
| Total | | 36,985 | Total | 117,674 |
| **Total Lost Compensation** | | **60,844** | **Total Lost Compensation** | **141,573** |

| | Retirement in Ten Years | | Retirement at Age 62 | |
|---|---|---|---|---|
| **Backpay:** | | | **Backpay:** | |
| Present value of lost wages | | $ 15,904 | Present value of lost wages | $ 15,904 |
| Present value of accrued lost pension benefit | | 7,995 | Present value of accrued lost pension benefit | 7,995 |
| Total | | 23,899 | Total | 23,899 |
| **Frontpay:** | | | **Frontpay:** | |
| Present value of lost wages | | 69,494 | Present value of lost wages | 159,327 |
| Present value of accrued lost pension benefit | | 72,392 | Present value of accrued lost pension benefit | 21,550 |
| Total | | 141,886 | Total | 180,877 |
| **Total Lost Compensation** | | **165,785** | **Total Lost Compensation** | **204,776** |

### Retirement at Age 65

| | |
|---|---|
| **Backpay:** | |
| Present value of lost wages | $ 15,904 |
| Present value of accrued lost pension benefit | 7,995 |
| Total | 23,899 |
| **Frontpay:** | |
| Present value of lost wages | 176,955 |
| Present value of accrued lost pension benefit | 12,479 |
| Total | 189,434 |
| **Total Lost Compensation** | **213,333** |

Value (as of 09-21-2004) of John P. Kelly's Lost Compensation
Page 4 of 5

**Damages Resulting from Not Being Promoted to Lieutenant, Assumes Promotion to Captain on 07-01-2009, Does Not Include Overtime**

| Retirement in Seven Years | | Retirement in Ten Years | |
|---|---|---|---|
| **Backpay:** | | **Backpay:** | |
| Present value of lost wages | $ 13,701 | Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 | Present value of accrued lost pension benefit | 0 |
| Total | 13,701 | Total | 13,701 |
| **Frontpay:** | | **Frontpay:** | |
| Present value of lost wages | 55,481 | Present value of lost wages | 89,867 |
| Present value of accrued lost pension benefit | 73,685 | Present value of accrued lost pension benefit | 119,189 |
| Total | 129,166 | Total | 209,056 |
| **Total Lost Compensation** | 142,867 | **Total Lost Compensation** | 222,757 |

| Retirement at Age 62 | | Retirement at Age 65 | |
|---|---|---|---|
| **Backpay:** | | **Backpay:** | |
| Present value of lost wages | $ 13,701 | Present value of lost wages | $ 13,701 |
| Present value of accrued lost pension benefit | 0 | Present value of accrued lost pension benefit | 0 |
| Total | 13,701 | Total | 13,701 |
| **Frontpay:** | | **Frontpay:** | |
| Present value of lost wages | 242,313 | Present value of lost wages | 272,229 |
| Present value of accrued lost pension benefit | 63,425 | Present value of accrued lost pension benefit | 48,032 |
| Total | 305,738 | Total | 320,261 |
| **Total Lost Compensation** | 319,439 | **Total Lost Compensation** | 333,962 |

| Retirement at Age 62 | | Retirement at Age 65 | |
|---|---|---|---|
| **Backpay:** | | **Backpay:** | |
| Present value of lost wages | $ 15,904 | Present value of lost wages | $ 15,904 |
| Present value of accrued lost pension benefit | 7,995 | Present value of accrued lost pension benefit | 7,995 |
| Total | 23,899 | Total | 23,899 |
| **Frontpay:** | | **Frontpay:** | |
| Present value of lost wages | 278,572 | Present value of lost wages | 312,964 |
| Present value of accrued lost pension benefit | 64,768 | Present value of accrued lost pension benefit | 47,072 |
| Total | 343,340 | Total | 360,036 |
| **Total Lost Compensation** | 367,239 | **Total Lost Compensation** | 383,935 |