

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND<br>JAMES KELLY | CIVIL NO. 3:02CV1120 (PCD) |
| Plaintiffs, | |
| V. | |
| MELVIN WEARING, | September 17, 2004 |
| Defendant | |

### PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION IN LIMINE CONCERNING EVIDENCE OF POSSIBLE INDEMNIFICATION BY THE CITY OF NEW HAVEN

The undersigned counsel hereby advises the Court that "Defendant's Motion In Limine Concerning Evidence of Possible Indemnification by the City of New Haven" which bears the date of September 1, 2004, need not have been filed since the undersigned had no intention of offering any evidence of the source, of payment of any judgment in this action. Therefore the motion may either be considered moot upon this representation or granted if the Court so chooses.

It should be noted, however, that the plaintiffs' position will change should defense counsel or the defendant say or do anything to suggest to jurors that any award rendered should take into account Melvin Wearing's financial condition, his ability to pay or any financial harm

that he would suffer as such would mislead jurors and prompt a mistrial motion. Assuming that neither defendant nor his counsel will engage in such a tactic, there is no disputed issued here.

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

BY: _____
KAREN LEE TORRE
ct#01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

### CERTIFICATION

I hereby certify that a copy of the foregoing was faxed (946-7942), and mailed, via first-class mail, postage paid, on this 14th day of September, 2004, Martin S. Echter, Esq., Deputy Corporation Counsel, Office of the Corporation Counsel, 165 Church Street, New Haven, Connecticut 06510.

_____
Karen Lee Torre

2