UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND<br>JAMES KELLY | CIVIL NO. 3:02CV1120 (PCD) |
| Plaintiffs, | : |
| V. | : |
| MELVIN WEARING, | : |
| Defendant | : September 17, 2004 |

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf form.

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

BY: _____
KAREN LEE TORRE
ct#01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

### CERTIFICATION

I hereby certify that a copy of the foregoing was faxed (946-7942) and mailed this 17th day of September, 2004, Martin S. Echter, Esq., Deputy Corporation Counsel, Office of the Corporation Counsel, 165 Church Street, New Haven, Connecticut 06510.

_____
Karen Lee Torre