UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND<br>JAMES KELLY | CIVIL NO. 3:02CV1120 (PCD) |
| Plaintiffs, | : |
| V. | : |
| MELVIN WEARING, | : September 21, 2004 |
| Defendant | : |

## MOTION IN LIMINE

Plaintiffs respectfully move this Court to preclude the defendant and his counsel from making any statement or alluding to the following:

1. The procedural default in this case and the reasons why jurors are not hearing evidence on the merits;

2. Any reference to contested facts on liability such as: a) who has the final say over promotions; b) how many vacancies existed; c) Any other evidence not relavent to the issue of damages.

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

BY: _____
KAREN LEE TORRE
ct#01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

### CERTIFICATION

I hereby certify that a copy of the foregoing was hand delivered this 21st day of September, 2004, chamber copy to the Hon. Peter C. Dorsey, Sen. U.S. D.J. and Martin S. Echter, Esq., Deputy Corporation Counsel, Office of the Corporation Counsel, 165 Church Street, New Haven, Connecticut 06510.

_____
Karen Lee Torre