## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| John KELLY AND | : | |
| James KELLY | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | Case No. 3:02cv1120 (PCD) |
| | : | |
| Melvin WEARING | : | |
|     Defendant. | : | |

### RULING ON DEFENDANT'S MOTION IN LIMINE

Defendant moves [Doc. No. 87] for permission to argue to the jury during closing argument that Plaintiffs have the burden of proving as part of their damage claim that they were deprived of a promotion to the rank of Lieutenant. Defendant also contends that a contrary argument by Plaintiffs is not permissible. The Defendant's motion is **granted** for the reasons stated on the record in open court.

SO ORDERED.

Dated at New Haven, Connecticut, September 22 , 2004.

/s/

Peter C. Dorsey, U.S. District Judge

United States District Court