# United States District Court

**DISTRICT OF** Connecticut

John Kelly, et al
v.
Melvin Wearing

**Pltfs** ~~EXHIBIT AND~~ **WITNESS LIST**

**CASE NUMBER:** 3:02cv1120(PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Karen Lee Torre | M. Echter / S. Barry |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 9/20 | Falcone / Sherman | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/20/04 | | | John Patrick Kelly, Essex, Ct |
| ✓ | | 9/20/04 | | | James W. Kelly, Madison, Ct |
| ✓ | | 9/21/04 | | | James W. Kelly |
| ✓ | | 9/21/04 | | | Melvin Wearing, West Haven, Ct |
| ✓ | | 9/21/04 | | | Steven Shapiro, MD, Orange, Ct |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages