# United States District Court

DISTRICT OF Connecticut

John Kelly, et al
v.
Melvin Wearing

Plfffs EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:02cv1120 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Karen Lee Torre | M. Echter / S. Barry |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/20/04 | Falcone / Sherman | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | ID | | Superior Court Verified Complaint |
| 2 | | 9/20/04 | | Full | Eligible List Roster |
| 3 | | 9/20/04 | | Full | Memorandum of Decision of Superior Court |
| 4 | | 9/20/04 | | Full | Article 16 - Rates of Pay |
| 5 | | 9/21/04 | | Full | Pension Benefit Calculation for James Kelly |
| 6 | | 9/21/04 | | Full | Lost Compensation of John Kelly |
| 7 | | 9/21/04 | | Full | John P. Kelly's Personnel file |
| 8 | | 9/21/04 | | Full | James Kelly's Personnel file |
| 9 | | 9/21/04 | | Full | Economic Loss Analysis Chart |
| 10 | | 9/20/04 | | Full | Sonia Atkinson's Personnel file |
| 11 | | | ID | | memo dtd 10/26/95 |
| 6A | | 9/22/04 | | Full | Blow Up of Exh. 6 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages