# United States District Court

DISTRICT OF __Connecticut__

John Kelly, et al
v.
Melvin Wearing

D𝔓'S EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:02CV1120 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Karen Lee Torre | M. Echter / S. Barry |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/20/04 | Falcone / Sherman | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | D | 9/21/04 | | Full | Excerpt from Contract dtd 7/1/98 - 6/30/02 |
| | E | 9/21/04 | | Full | Eligibility List |
| | F | 9/21/04 | | Full | Retirement Statistics |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages