AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __Connecticut__

John Kelly, et al
v.
Melvin Wearing

Court's EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:02cv1120 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Karin Lee Torre | M. Echter / S. Barry |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/20/04 | Falcone / Sherman | P. Villano |

| Court | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| Court | 1 | | 9/22/04 | | | Court's Instruction to the Jury |
| | 2 | | 9/22/04 | | | Note from Jury |
| | 3 | | 9/22/04 | | | Note from Jury |
| | 4 | | 9/23/04 | | | Note from Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages