UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| John KELLY AND<br>James KELLY<br>    Plaintiffs, | :<br>:<br>: |
| v. | :    Case No. 3:02cv1120 (PCD) |
| Melvin WEARING<br>    Defendant. | :<br>: |

## VERDICT FORM

**I.  Damages**

    **A.**  What amount of compensatory damages has each Plaintiff proved were proximately caused by Defendant's federal constitutional violation?

        John Kelly     $200,000
        James Kelly    $185,000

    **B.**  If Plaintiff has not proved entitlement to compensatory damages, what amount of nominal damages do you award as to each Plaintiff?

        John Kelly     $ 0
        James Kelly    $ 0

    **B(i).**  Do you find that any of Defendant's conduct which violated Plaintiff's rights was done willfully, recklessly, maliciously, or oppressively?

        Yes ✓      No _____

    **B(ii).**  If you answered "yes" in response to Interrogatory IB(i), what amount of punitive damages do you award as to each Plaintiff?

        John Kelly     $250,000
        James Kelly    $250,000

    Your deliberations are complete.  Please have the jury foreperson fill in, sign, and date this verdict form.

_____
Foreperson

9/23/04
Date