UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| John KELLY AND : | |
| James KELLY : | |
|     Plaintiffs, : | |
| : | |
| v. : | Case No. 3:02cv1120 (PCD) |
| : | |
| Melvin WEARING : | |
|     Defendant. : | |

**RULING ON DEFENDANT'S MOTIONS IN LIMINE**

Defendant moves [Doc. No. 58] to bar the admission of any evidence concerning possible indemnification by the City of New Haven. Because Plaintiffs have indicated no intention of offering any evidence of the source of the payment of any judgment in this action [Doc. No. 78], the Defendant's motion is **denied** as moot.

Defendant also moves to preclude the admission of: (1) testimony or documentary evidence which refers to the racial animus alleged in Kelly v. City of New Haven, Superior Court, Judicial District of New Haven, at New Haven, Docket No. CV00-0444614, or the ultimate disposition or current status of the state court claim [Doc. No. 59] ; and (2) Plaintiffs' proposed exhibits and related testimony establishing economic losses suffered by Plaintiffs [Doc. No. 83]. Defendant's motion is **granted** in part, and **denied** in part, for the reasons stated on the record in open court.

SO ORDERED.

Dated at New Haven, Connecticut, September 20, 2004.

/s/

Peter C. Dorsey, U.S. District Judge

United States District Court