UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

SEP 23   11 PM '04

John KELLY AND
James KELLY
    Plaintiffs,

v.

Melvin WEARING
    Defendant.

Case No. 3:02cv1120 (PCD)

## RULING ON PLAINTIFFS' MOTION IN LIMINE

Plaintiff moves [Doc. No. 87] to preclude the Defendant from making any statement or alluding to: (1) the procedural default in this case and the reasons why jurors are not hearing evidence on the merits; and (2) contested facts on liability such as (a) who has the final say over promotions, (b) how many vacancies existed, and (c) any other evidence not relevant to the issue of damages. The Defendant's motion is **denied** as moot for the reasons stated on the record in open court.

SO ORDERED.

Dated at New Haven, Connecticut, September 22, 2004.

Peter C. Dorsey, U.S. District Judge

United States District Court