UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN KELLY AND JAMES KELLY

    v.                                                      Civil No.  3:02 cv 1120 (PCD)

MELVIN WEARING

**J U D G M E N T**

      This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge.  On September 23, 2004, after deliberation, the jury returned a verdict for the plaintiff, John Kelly, in the amount of $200,000.00 in compensatory damages and $250,000.00 in punitive damages and for the plaintiff, James Kelly, in the amount of $185,000.00 in compensatory damages and $250,000.00 in punitive damages.

      Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, John Kelly, in the total amount of 450,000.00 and for the plaintiff, James Kelly, in the total amount of $435,000.00, and the case is closed.

      Dated at New Haven, Connecticut, this 28th day of September, 2004.

                                          KEVIN F. ROWE, Clerk
                                          By

                                          /s/

                                          Patricia A. Villano
                                          Deputy Clerk

EOD: _____