FILED

Oct 7  3 51 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND JAMES W. KELLY     : | CIVIL ACTION NO. |
| : | 3:02 cv 01120 (PCD) |
| : | |
| Plaintiffs    : | |
| v.                                : | |
| : | |
| MELVIN WEARING                    : | |
| : | |
| Defendant.        —    : | |
| : | OCTOBER 7, 2004 |

**DEFENDANT'S RENEWED MOTION FOR JUDGMENT
AS A MATTER OF LAW OR IN THE ALTERNATIVE
FOR A REMITTITUR OR A NEW TRIAL**

Pursuant to Fed. R. Civ. P. 50 defendant, Melvin Wearing, hereby respectfully moves for a judgment as a matter of law on the grounds that plaintiffs have failed to establish any evidentiary basis for their claim for punitive damages. In the alternative, the defendant moves for a remittitur as the award of punitive damages was excessive. In addition, the defendant moves pursuant to Fed. R. Civ. P. 59 for a new trial on the issues of compensatory and punitive damages on the grounds that: 1) the admission of evidence

**ORAL ARGUMENT IS REQUESTED**

concerning the alleged misconduct of other officers who were promoted prior to the filing of the underlying state court lawsuit unfairly prejudiced the defense of these claims and 2) the damage claims in this action should have been limited by the allegations set forth in the plaintiffs' complaint. The Defendant Melvin Wearing submits the accompanying memorandum of law in support of this Motion.

THE DEFENDANT,
Melvin Wearing

By_____
Steven M. Barry #CT07825
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage pre-paid this 7th day of October, 2004 to:

Attorney Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Thomas W. Ude, Jr., Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

*/s/ Steven M. Barry*
**Steven M. Barry**