FILED

2004 OCT 28 A 11: 34

U.S. DISTRICT COURT
NEW HAVEN CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND JAMES KELLY | CIVIL NO. 3:02CV1120 (PCD) |
| Plaintiffs, | |
| V. | |
| MELVIN WEARING, | October 28, 2004 |
| Defendant | |

## MOTION FOR THREE WEEK ENLARGEMENT OF TIME TO SUBMIT MOTION FOR AN AWARD OF ATTORNEY FEES AND COSTS

The undersigned counsel respectfully moves this Court for a three week enlargement of time or up to and including November 18, 2004 within which to submit a motion for an award of attorney fees and costs in this action.

The undersigned needs an enlargement as she has had to take leave from her office in order to attend the imminent death of her mother.

Attorney Steven Barry, counsel for the defendant has been contacted by the undersigned regarding this motion and Attorney Barry consents to the granting of this motion.

*Wherefore* the undersigned counsel respectfully requests that this motion be granted.

1

RESPECTFULLY SUBMITTED,<br>
THE PLAINTIFFS<br>
BY: _____<br>
KAREN LEE TORRE<br>
ct#01707<br>
Law Offices of Karen Lee Torre<br>
51 Elm Street<br>
Suite 307<br>
New Haven, CT 06510<br>
(203) 865-5541

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 28th day of October, 2004, to:

Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford CT 06437

_____
Karen Lee Torre

2

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541