**FILED**
2004 OCT 28 A 11: 34
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND<br>JAMES KELLY | CIVIL NO. 3:02cv1120(PCD) |
| Plaintiffs, | : |
| V. | : |
| MELVIN WEARING, | : |
|  | : October 28, 2004 |
| Defendant | : |

## MOTION FOR THREE WEEK ENLARGEMENT OF TIME TO SUBMIT PLAINTIFFS' OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE FOR A REMITTITUR OR A NEW TRIAL

The undersigned counsel respectfully moves this Court for a three week enlargement of time or up to and including November 18, 2004 within which to submit plaintiffs' Opposition to Defendant's Renewed Motion for Judgment as a Matter of Law or in the Alternative for a Remittitur or New Trial in this action.

The undersigned needs an enlargement as she has had to take leave from her office in order to attend the imminent death of her mother.

Attorney Steven Barry, counsel for the defendant has been contacted by the undersigned regarding this motion and Attorney Barry consents to the granting of this motion.

1

*Wherefore* the undersigned counsel respectfully requests that this motion be granted.

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

BY: _____
KAREN LEE TORRE
ct#01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 28th day of October, 2004, to:

Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford CT 06437

_____
Karen Lee Torre

2