UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND JAMES KELLY | CIVIL NO. 3:02CV1120 (PCD) |
| Plaintiffs, | : |
| V. | : |
| MELVIN WEARING, | : |
| Defendant | : October 28, 2004 |

## NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf form.

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

BY: _____
KAREN LEE TORRE
ct#01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 28th day of October, 2004, to:

Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford CT 06437

_____
Karen Lee Torre

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541