UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN KELLY AND         : CIVIL NO. 3:02CV1120 (PCD)
JAMES KELLY            :
                       :
    Plaintiffs,        :
                       :
V.                     :
                       :
MELVIN WEARING,        :
                       : November 18, 2004
    Defendant         :

**MOTION TO EXTEND DEADLINE FOR FILING OF ATTORNEY FEE APPLICATION AND OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE FOR A REMITTITUR OR A NEW TRIAL**

The undersigned counsel for the plaintiff hereby respectfully requests a two week enlargement of time or (up to and including December 2, 2004) of the deadline for filing by plaintiffs of an application for an award of attorney fees and for the filing by plaintiffs of an opposition to Defendant's Renewed Motion for Judgment as a Matter of Law or in the Alternative for a Remittitur or a New Trial.

In support hereof, the undersigned represents that the parties through their counsel have reached an agreement on a settlement of this entire matter and a report of the fact of that settlement was communicated to chambers on November 17, 2004.

1

The oral agreement to settle with all terms agreed upon was reached late in the day on November 16, 2004. Counsel for the parties request two weeks within which to prepare and execute the settlement agreement in this case, such time being necessary due to the terms of the agreement and the upcoming Thanksgiving holiday.

Since a settlement has been reached, the undersigned does not wish to spend any further time filing motions and briefs which are no longer necessary but wishes to preserves her clients' rights in the event there is a failure on the part of defendant to execute the written settlement agreement.

This motion is being filed with the consent of counsel for the defendant.

**WHEREFORE**, the undersigned respectfully requests that this motion be granted.

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

BY: _____
KAREN LEE TORRE
ct#01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 18th day of November, 2004, to:

Thomas Ude, Esq.
Deputy Corporation Counsel
Office of the Corporation Counsel
165 Church Street
New Haven, Connecticut 06510

Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford CT 06437

_____
Karen Lee Torre

3