UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KELLY AND<br>JAMES KELLY<br><br>   Plaintiffs,<br>V.<br><br>MELVIN WEARING,<br>   Defendant | CIVIL NO. 3:02CV1120 (PCD)<br><br><br><br><br><br><br>January 14, 2005 |

### STIPULATION TO VACATUR AND DISMISSAL.

The undersigned counsel for the parties to this action hereby stipulate that the judgment entered in this action may be vacated and the action thereafter dismissed with prejudice and without fees or costs to any party. The parties further stipulate that the Court may and shall retain jurisdiction over this matter for the purposes of enforcing the settlement agreement reached between the parties which led to this stipulation.

| | |
|---|---|
| THE PLAINTIFFS,<br>JOHN KELLY AND JAMES KELLY<br><br>BY: _____<br>KAREN LEE TORRE<br>ct#01707<br>Law Offices of Karen Lee Torre<br>51 Elm Street<br>Suite 307<br>New Haven, CT 06510<br>(203) 865-5541 | THE DEFENDANT,<br>MELVIN WEARING<br><br>BY: _____<br>Steven M. Barry, Esq.<br>Donahue, Durham & Noonan, P.C.<br>741 Boston Post Road<br>Guilford CT 06437<br>(203)458-9168 |