UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| John KELLY and : <br> James KELLY : <br>     Plaintiffs, : <br> : <br> v. : <br> : <br> Melvin WEARING, : <br>     Defendant. : | Civil No. 3:02CV1120 (PCD) |

## ORDER OF VACATUR AND DISMISSAL

Counsel for Plaintiffs and Defendant have stipulated [Doc. No. 115] that the judgment entered in this action [Doc. No. 99] may be vacated and the action thereafter dismissed with prejudice and without fees or costs to any party. Accordingly, the judgment is vacated and the case is dismissed subject to the parties' agreement on the retention of jurisdiction and their right to move to reopen for the purpose of enforcing their agreement.

SO ORDERED.

Dated at New Haven, Connecticut, this  20th  day of January, 2005.

                                            /s/
                                  Peter C. Dorsey
                         United States District Judge